# EXHIBIT A

## BANK OF AMERICA

32-1/1110
**CHECK NUMBER**
**3025**

George L. Miller
8 Penn Center
1628 JFK Blvd Ste 950
Philadelphia, PA 19103

(Final distribution to Claim 4, representing a Payment of 63.99% per court order.)

| DATE | AMOUNT |
|---|---|
| 6/15/2009 | ********609.25 |

**PAY TO THE ORDER OF**

| CASE NUMBER | ESTATE OF |
|---|---|
| 05-10809 | Debtor: CUTLER CAMERA DELAWARE INC. |

Daivd Williams
10 Tulip Lane Apt 35
New Castle DE 19720

*Six Hundred Nine Dollars And 25/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈003025⑈ ⑆111000012⑆ 4437104326⑈

---

| Paid To: Daivd Williams | Social Security Number: |
|---|---|
| Case Number 05-10809   Debtor Name: CUTLER CAMERA DELAWARE INC. | Case Tax ID: 52-2017695 |

Trustee: George L. Miller, George L. Miller, 8 Penn Center, 1628 JFK Blvd Ste 950, Philadelphia, PA 19103

| | |
|---|---|
| Gross Earnings | $946.78 |
| Social Security (FICA) | $58.70 |
| Federal Withholding | $265.10 |
| Medicare (FICA) | $13.73 |
| Net Earnings | $609.25 |

Description:(Final distribution to Claim 4, representing a Payment of 63.99% per court order.)

| Bank Account Number: 4437104326 | Date: 6/15/2009 | Check Number: 3025 | Amount: $609.25 |

---

| Paid To: Daivd Williams | Social Security Number: |
|---|---|
| Case Number 05-10809   Debtor Name: CUTLER CAMERA DELAWARE INC. | Case Tax ID: 52-2017695 |

Trustee: George L. Miller, George L. Miller, 8 Penn Center, 1628 JFK Blvd Ste 950, Philadelphia, PA 19103

| | |
|---|---|
| Gross Earnings | $946.78 |
| Social Security (FICA) | $58.70 |
| Federal Withholding | $265.10 |
| Medicare (FICA) | $13.73 |
| Net Earnings | $609.25 |

Description:(Final distribution to Claim 4, representing a Payment of 63.99% per court order.)

| Bank Account Number: 4437104326 | Date: 6/15/2009 | Check Number: 3025 | Amount: $609.25 |